STUMP        &c.
v.
HART.        *J. Baker*, for the appellant.

---

STUMP *v.* HART and Others.

STUMP *v.* TOMS and Another.

Monday,      APPEAL from the *Fountain* Circuit Court.
June 11.
             *Per Curiam.*—Action to recover possession of certain
real estate. Defense relied upon, estoppel.

The record does not purport to contain all the evidence.
It does not allege that the evidence in the record was all
the evidence given in the cause. Hence, instructions re-
fused, must be presumed to have been refused as imperti-
nent; and those given, if right under any state of facts
that might have been proved, must be presumed to have
been given upon such a state of facts. Those given in
this case asserted correct rules of law, as applicable to a
possible state of facts. The judgment, therefore, must be
affirmed with costs.

It may be remarked that we have looked into the evi-
dence that is incorporated in the transcript, and have no
doubt that if it actually was all the evidence given, it
proves a clear case of estoppel, within the rule in the cases
cited in Ind. Dig., p. 420; and *Gatling* v. *Rodman*, 6 Ind.
R. 289.

The judgment is affirmed with costs.

*J. R. M. Bryant* and *R. A. Chandler*, for the appellant.
*M. M. Milford*, for the appellees.